1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2007 Grand Jury

| UNITED STATES OF AMERICA, | ) | No. CR 07-**07 01360** |
|---|---|---|
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | [21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii), (b)(1)(C): Distribution of Cocaine and Cocaine Base] |
| CARLOS IVAN CUENTAS, aka "Snoopy," | ) | |
| Defendant. | ) | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about April 4, 2007, in Los Angeles County, within the Central District of California, defendant CARLOS IVAN CUENTAS, also known as ("aka") "Snoopy," knowingly and intentionally distributed approximately 13.7 grams of a mixture or substance containing a detectable amount of cocaine, a schedule II narcotic drug controlled substance.

SMG:smg

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii)]

On or about July 10, 2007, in Los Angeles County, within the Central District of California, defendant CARLOS IVAN CUENTAS, also known as ("aka") "Snoopy," knowingly and intentionally distributed more than five (5) grams, that is, approximately 45 grams, of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a schedule II narcotic drug controlled substance.

A TRUE BILL

/S/
_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

[signature]

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division


ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Violent & Organized Crime Section


PETER A. HERNANDEZ
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section


SCOTT M. GARRINGER
Assistant United States Attorney
Violent & Organized Crime Section