```
 1  THOMAS P. O'BRIEN
    Assistant United States Attorney
 2  CHRISTINE C. EWELL
    Chief, Criminal Division
 3  ARIEL A. NEUMAN (SBN 241594)
    Assistant United States Attorney
 4  General Crimes Section
      1300 United States Courthouse
 5    312 North Spring Street
      Los Angeles, CA  90012
 6    Telephone:  (213) 894-2917
      Facsimile:  (213) 894-6436
 7    E-Mail: ariel.neuman@usdoj.gov

 8  Attorneys for Plaintiff
    United States of America
 9
```

10                     UNITED STATES DISTRICT COURT

11                FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-1360-SVW |
| Plaintiff, | <u>GOVERNMENT'S SECOND TRIAL MEMORANDUM</u> |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(iii), (b)(1)(C): Distribution of Cocaine and Cocaine Base] |
| CARLOS IVAN CUENTAS, aka "Snoopy," | |
| Defendant, | Trial Date:  April 1, 2008<br>Time:             9:00 a.m<br>Place:    Courtroom of the<br>          Hon. Stephen V. Wilson |

21      Plaintiff, United States of America, by and through its

22  counsel of record, the United States Attorney for the Central

23  District of California, hereby submits its Second Trial

24  ///

25  ///

26  ///

27  ///

28  ///

Memorandum.  The government may submit additional memoranda, if appropriate, to address issues that may arise at trial.

Dated: March 28, 2008          Respectfully submitted,

                               THOMAS P. O'BRIEN
                               United States Attorney

                               CHRISTINE C. EWELL
                               Assistant United States Attorney
                               Chief, Criminal Division


                                    /s/
                               _____
                               ARIEL A. NEUMAN
                               Assistant United States Attorney
                               General Crimes Section

                               Attorneys for Plaintiff
                               United States of America

2

**GOVERNMENT'S SECOND TRIAL MEMORANDUM**

Plaintiff, the United States of America, hereby submits its second trial memorandum in this case.  In its first trial memorandum, submitted March 25, 2008, the government stated that Los Angeles Police Department "LAPD" Detective Thomas Penson would testify as a narcotics expert during the trial of this case.  The government submits this second trial memorandum to notify the Court and the defendant that Drug Enforcement Agency ("DEA") Special Agent John J. Sieder will testify in place of Detective Penson.  The areas of testimony which Special Agent Sieder will cover will be identical to those which would have been covered by Detective Penson, namely, 1) the use, packaging, sales and distribution of narcotics at the street level; (2) common slang and reference terms used by dealers to identify various narcotics and quantity amounts; and (3) the price for cocaine and cocaine base in the form of crack cocaine at the street level in Los Angeles.  Specifically, he will analyze the conversations recorded and transactions conducted in this case and opine on aspects related to those three areas.

On March 27, 2008, Government counsel notified defense counsel of this change and provided expert disclosure per Rule 16, and defense counsel indicated he had no objection.

The government respectfully requests that any voir dire questions which the Court intends to ask of prospective jurors be adjusted to remove all reference to the LAPD and to include reference to the DEA.