ROCKARD J. DELGADILLO, City Attorney (SBN 125465)
ZNA PORTLOCK HOUSTON, Managing Assistant City Attorney
**JANIS LEVART BARQUIST**, Deputy City Attorney (SBN 133664)
200 North Main Street
800 City Hall East
Los Angeles, CA 90012-4130
Telephone: (213) 978-8792
Facsimile: (213) 978-8315
E-mail: Janis.Barquist@lacity.org

Attorneys for Real Parties In Interest
CITY OF LOS ANGELES and ONICA SHERRI COLE

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS IVAN CUENTAS,

    Defendant,

CITY OF LOS ANGELES AND ONICA SHERRI COLE,

    Real Parties In Interest.

Case Number CR 07-1360 SVW

**DECLARATION OF JANIS LEVART BARQUIST IN SUPPORT OF MOTION TO QUASH SUBPEONA; EXHIBIT 2.**

DATE: April 1, 2008
TIME: 9:00 a.m.
ROOM: 6

**DECLARATION OF JANIS LEVART BARQUIST**

1. I am a Deputy City Attorney for the City of Los Angeles and I am licensed to practice law in the State of California. I am fully familiar with the facts and circumstances set forth herein. If called upon to testify under oath as to the matters set forth herein, I could and would do so competently. This

1

1  declaration is submitted in support of the MOTION PURSUANT TO F.R. CRIM.P. 17
2  TO QUASH (i) SUBPOENA ADDRESED TO ONICA SHERRI COLE AND (ii) SUBPOENA
3
4  FOR PRODUCTIONS OF CONFIDENTIAL PROSECUTORIAL FILES, previously served on
5  Friday, March 28, 2008.
6  2.    Attached hereto as Exhibit 2 is a true and correct copy of the subpoena
7  received by Onica Sherri Cole on Friday March 28, 2008.
8
9     I declare the foregoing to be true and correct under penalty of perjury
10 under the laws of the United States of America and to the extent necessary
11 under the laws of the State of California.
12    Executed this 31st$^{th}$ day of March, 2008 at Los Angeles, California.

_____
**JANIS LEVART BARQUIST**, Declarant

DECLARATION OF JANIS LEVART BARQUIST IN SUPPORT OF MOTION TO QUASH SUBPOENA; EXHIBIT 2.

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | # EXHIBIT 2 |
| 9 | |

DECLARATION OF JANIS LEVART BARQUIST IN SUPPORT OF MOTION TO QUASH SUBPOENA; EXHIBIT 2.

# Facsimile Transmission Cover Page

Subject: USA vs. Cuentas

To: Onica Sherri Cole

From: Mackey

Date: 3/28/2008

Time: 12:03 PM

Fax Number: 12139787912

2 Pages in Fax

---

Attn: Ms. Cole

Thank you for your cooperation, you will hear from me or David Kaloyanides this afternoon. If you should have any questions please call me at my office (909) 627-4474 or cellular (909) 239-8686.

Signed,
Frank Mackey
Pivate Investigator

David J.P. Kaloyanides SBN 160368
624 S. Grand Ave., Suite 2200
Los Angeles, CA 90017
T: (213) 623-8120
F: (213) 402-6292
E: djpk.aplc@mac.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | CR 07-1360 SVW |
| CARLOS IVAN CUENTAS | |
| | SUBPOENA IN A CRIMINAL CASE |
| DEFENDANT(S). | |

TO: ONICA SHERRI COLE, Deputy District Attorney, Los Angeles

☒ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: 312 N. SPRING STREET, LOS ANGELES CA 90012 , Courtroom: 6

Date: APRIL 1, 2008 , Time: 9:00 a.m.

☒ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

Any and all documents in your possession, custody, or control regarding the prosecution of OSVALDO TRANCITY GUEVARA, case numbers 7CA13402 and 6HY03369-01, including any and all communications between the Los Angeles County District Attorney's Office and LAPD, FBI, any other federal law enforcement agency, or the United States Attorney's Office regarding Osvaldo Guevara or the prosecution of the above-referenced cases.



_/s/ Sherri R. Carter_
Sherri R. Carter, Clerk of Court

3/28/08
Date

CR-21 (12/02)  SUBPOENA IN A CRIMINAL CASE  Page 1 of 2

## PROOF OF SERVICE
### (VIA VARIOUS METHODS)

I, the undersigned, say: I am over the age of 18 years and not a party to the within action or proceeding. My business address is 800 City Hall East, 200 North Main Street, Los Angeles, California 90012.

On **March 31, 2008**, I served the foregoing document(s) described as

**DECLARATION OF JANIS LEVART BARQUIST IN SUPPORT OF MOTION TO QUASH SUBPEONA; EXHIBIT 2.**

on all interested parties in this action by placing a true copy thereof enclosed addressed as follows:

David J.P. Kaloyanides, SBN 160368
624 S. Grand Ave., Suite 2200
Los Angeles, CA 90017
Fax: (213) 402-6292

Ariel Neuman
312 N. Spring St.
1300 U.S. District Courthouse
Los Angeles, CA 90012
Fax: (213) 894-6436

**[ ] BY MAIL** - I deposited such envelope in the mail at Los Angeles, California, with first class postage thereon fully prepaid. I am readily familiar with the business practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit; and/ or

**[ ] BY PERSONAL SERVICE** - ( ) I delivered by hand, ( ) I caused to be delivered via messenger service, or ( ) I caused to be delivered via Document Services, such envelope to the offices of the addressee with delivery time prior to 5:00 p.m. on the date specified above.

**[X] BY FACSIMILE TRANSMISSION** - I caused the document to be transmitted to the offices of the addressee via facsimile machine at telephone numbers noted above on the date specified above. The document was sent by fax from telephone number (213) 978-8315 and the transmission was reported complete and without error. A true copy of the Transmission Report is attached to the mailed or personal or both proof(s) of service.

**[ ] BY OVERNIGHT COURIER** - I deposited such envelope in a regularly maintained overnight courier parcel receptacle prior to the time listed thereon for pick-up. Hand delivery was guaranteed by the next business day.

**[ ]** - Federal - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 31, 2008**, at Los Angeles, California.

_____
Janis Levart Barquist

TRANSMISSION VERIFICATION REPORT

```
TIME   : 03/31/2008 10:13
NAME   : LABOR RELATIONS DIV
FAX    : 2139788315
TEL    : 2139787140
SER.#  : BROD4J479807
```

```
DATE,TIME              03/31 10:11
FAX NO./NAME           912134026292
DURATION               00:01:23
PAGE(S)                06
RESULT                 OK
MODE                   STANDARD
                       ECM
```

---

1  ROCKARD J. DELGADILLO, City Attorney (SBN 125465)
   ZNA PORTLOCK HOUSTON, Managing Assistant City Attorney
2  **JANIS LEVART BARQUIST**, Deputy City Attorney (SBN 133664)
   200 North Main Street
3  800 City Hall East
   Los Angeles, CA 90012-4130
4  Telephone:   (213) 978-8792
5  Facsimile:   (213) 978-8315
   E-mail:      Janis.Barquist@lacity.org
6
7  Attorneys for Real Parties in Interest
   CITY OF LOS ANGELES and ONICA SHERRI COLE
8
                  UNITED STATES DISTRICT COURT
9             FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
                                        ) Case Number CR 07-1360 SVW
11 UNITED STATES OF AMERICA,             )
                                        ) DECLARATION OF JANIS LEVART
12            Plaintiff,                 ) BARQUIST IN SUPPORT OF MOTION
                                        ) TO QUASH SUBPEONA; EXHIBIT 2.
13            v.                         )
                                        ) DATE:  April 1, 2008
14 CARLOS IVAN CUENTAS,                  ) TIME:  9:00 a.m.
                                        ) ROOM:  6
15            Defendant,                 )
                                        )
16 _____      )
                                        )
17 CITY OF LOS ANGELES AND ONICA         )
   SHERRI COLE,                          )
18                                       )
        Real Parties In Interest,        )

TRANSMISSION VERIFICATION REPORT

```
TIME    : 03/31/2008 10:16
NAME    : LABOR RELATIONS DIV
FAX     : 2139788315
TEL     : 2139787140
SER.#   : BROD4J479807
```

```
DATE,TIME          03/31 10:15
FAX NO./NAME       912138946436
DURATION           00:00:55
PAGE(S)            06
RESULT             OK
MODE               STANDARD
                   ECM
```

1  ROCKARD J. DELGADILLO, City Attorney (SBN 125465)
   ZNA PORTLOCK HOUSTON, Managing Assistant City Attorney
2  **JANIS LEVART BARQUIST**, Deputy City Attorney (SBN 133664)
   200 North Main Street
3  800 City Hall East
4  Los Angeles, CA 90012-4130
   Telephone:   (213) 978-8792
5  Facsimile:   (213) 978-8315
   E-mail:      Janis.Barquist@lacity.org
6

7  Attorneys for Real Parties In Interest
   CITY OF LOS ANGELES and ONICA SHERRI COLE
8

9              UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,      ) Case Number CR 07-1360 SVW
12 |          Plaintiff,             ) **DECLARATION OF JANIS LEVART
                                     ) BARQUIST IN SUPPORT OF MOTION
13 |     v.                          ) TO QUASH SUBPEONA; EXHIBIT 2.**
14 | CARLOS IVAN CUENTAS,            )
                                     ) DATE:  April 1, 2008
15 |          Defendant,             ) TIME:  9:00 a.m.
                                     ) ROOM:  6
16 |_____ )
17 | CITY OF LOS ANGELES AND ONICA   )
   | SHERRI COLE,                    )
18 |                                 )
   |     Real Parties In Interest,   )