# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 2007-01360-SVW |
| Date | April 1, 2008 |
| Present: The Honorable | STEPHEN V. WILSON, UNITED STATES DISTRICT COURT |
| Interpreter | N/A |

| P. Cruz/S. Hall-Brown | Deborah Gackle | Ariel Neuman & Alex Bustamante |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Carlos Ivan Cuentas | | X | X | David Kaloyanides | | X | X |

____ Day COURT TRIAL     1st Day JURY TRIAL     ____ Death Penalty Phase

____ One day trial; X Begun (1st day); X Held & continued; ____ Completed by jury verdict/submitted to court.

X The Jury is impaneled and sworn.

____ Opening statements made _____

____ Witnesses called, sworn and testified.

____ Exhibits identified     ____ Exhibits admitted

____ Government rests.     ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made     ____ Court instructs jury     ____ Bailiff sworn

____ Alternates excused     ____ Jury retires to deliberate     ____ Jury resumes deliberations

____ Finding by Court as follows:     ____ Jury Verdict as follows:

Dft # _____ Guilty on count(s) _____     ____ Not Guilty on count(s) _____

____ Jury polled     ____ Polling waived

____ Filed Witness & Exhibit lists     ____ Filed Jury notes     ____ Filed Jury Instructions     ____ Filed Jury Verdict

Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # _____ remanded to custody.     Remand/Release# _____ issd.     Dft # _____ released from custody.

____ Bond exonerated as to Dft # _____

X Case continued to April 2, 2008 at 1:30 p.m. for further trial/further jury deliberation.

____ Other:

                                                                    2 : 53
                                                 Initials of Deputy Clerk     PMC/SHB