# LIST OF EXHIBITS AND WITNESSES

| Case Number | CR 07-01360 SVW | Title | USA v Carlos Cuentas | FILED CLERK, U.S. DISTRICT COURT APR - 4 2008 CENTRAL DISTRICT OF CALIFORNIA BY _____ DEPUTY |
|---|---|---|---|---|
| Judge | STEPHEN V. WILSON, U. S. DISTRICT JUDGE | | | |
| Dates of Trial or Hearing | 04/01/08, 04/02/08, 04/03/08, 04/04/08 | | | |
| Court Reporters or Tape No. | Deborah Gackle, Kathy Stride | | | |
| Deputy Clerks | Sharon Hall-Brown | | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Ariel A. Neuman, AUSA | David Kalyonides |
| Alex Bustamante | |

| Plaintiff(s) or Petitioner(s) ||| Defendant(s) or Respondent(s) ||| EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | see attached | |

UNITED STATES OF AMERICA     v.    CARLOS IVAN CUENTAS, aka "Snoopy"

NO. CR 07 - 1360 - SVW

| Government's Exhibit No. | Witness | Description | Ident. | In Evid. |
|---|---|---|---|---|
| 1 | | Stipulation re: Transcript | 4/2/08 | 4/2/08 |
| 2 | Roberto Basteris; Osvaldo Guevara | Map of relevant locations | 4/2/08 | 4/2/08 |
| 3 | Roberto Basteris; Osvaldo Guevara | Photo of Defendant | / | / |
| 4 | Michael Brousseau | DEA Lab Report - Cocaine | 4/3/08 | / |
| 5 | Michael Brousseau | DEA Lab Report - Crack | / | / |
| 6 | Roberto Basteris; Osvaldo Guevara | CD 1D112 Excerpts | 4/2/08 | 4/2/08 |
| 6a | Roberto Basteris; Osvaldo Guevara; John Sieder | CD 1D112 Excerpts Transcript | 4/2/08 4/3/08 | 4/2/08 |
| 7 | Roberto Basteris; Osvaldo Guevara | CD 1D118 Excerpt | 4/2/08 | 4/2/08 |

## UNITED STATES OF AMERICA   v.   CARLOS IVAN CUENTAS, aka "Snoopy"

NO. CR 07 - 1360 - SVW

| Government's Exhibit No. | Witness | Description | Ident. | In Evid. |
|---|---|---|---|---|
| 11 | Roberto Basteris; Osvaldo Guevara | CD 1D130 Excerpts | 4/2/08 | 4/2/08 |
| 11a | Roberto Basteris; Osvaldo Guevara; John Sieder | CD 1D130 Excerpts Transcript | 4/2/08 4/3/08 | 4/2/08 |
| 12 | Roberto Basteris; Osvaldo Guevara | 4/4/07 Photo 1 | 4/2/08 | 4/2/08 |
| 13 | Roberto Basteris; Osvaldo Guevara | 4/4/07 Photo 2 | 4/2/08 | 4/2/08 |
| 14 | Roberto Basteris; Osvaldo Guevara | 4/4/07 Photo 3 | 4/2/08 | 4/2/08 |
| 15 | Roberto Basteris; Osvaldo Guevara | 4/4/07 Photo 4 | 4/2/08 | 4/2/08 |
| 16 | Roberto Basteris; Osvaldo Guevara | 4/4/07 Photo 5 | 4/2/08 | 4/2/08 |

shown to jury 4-3-08

## UNITED STATES OF AMERICA   v.   CARLOS IVAN CUENTAS, aka "Snoopy"

### NO. CR 07 - 1360 - SVW

| Government's Exhibit No. | Witness | Description | Ident. | In Evid. |
|---|---|---|---|---|
| 17 | Roberto Basteris; Osvaldo Guevara | 4/4/07 Photo 6 | 4/2/08 | 4/2/08 |
| 18 | Roberto Basteris; Osvaldo Guevara | 4/4/07 Photo 7 | 4/2/08 | 4/2/08 |
| 19 | Roberto Basteris; Osvaldo Guevara | 4/4/07 Photo 8 | 4/2/08 | 4/2/08 |
| 20 | Roberto Basteris; Osvaldo Guevara | 7/10/07 Photo 1 | 4/3/08 | 4/3/08 |
| 21 | Roberto Basteris; Osvaldo Guevara | 7/10/07 Photo 2 | 4/3/08 | 4/3/08 |
| 22 | Roberto Basteris; Osvaldo Guevara | 7/10/07 Photo 3 | 4/3/08 | 4/3/08 |
| 23 | Roberto Basteris; Osvaldo Guevara | 7/10/07 Photo 4 | 4/3/08 | 4/3/08 |

## UNITED STATES OF AMERICA      v.   CARLOS IVAN CUENTAS, aka "Snoopy"

NO. CR 07 - 1360 - SVW

| Government's Exhibit No. | Witness | Description | Ident. | In Evid. |
|---|---|---|---|---|
| 24 | Roberto Basteris; Osvaldo Guevara | 7/10/07 Photo 5 | 4/3/08 | 4/3/08 |
| 25 | Roberto Basteris; Osvaldo Guevara | 7/10/07 Photo 6 | 4/3/08 | 4/3/08 |
| 26 | Roberto Basteris; Osvaldo Guevara | 7/10/07 Photo 7 | 4/3/08 | 4/3/08 |
| 27 | Roberto Basteris; Osvaldo Guevara | 7/10/07 Photo 8 | 4/3/08 | 4/3/08 |
| 28 | Roberto Basteris; Osvaldo Guevara | 7/10/07 Photo 9 | 4/3/08 | 4/3/08 |
| 29 | Roberto Basteris; Osvaldo Guevara | 7/10/07 Photo 10 | 4/3/08 | 4/3/08 |

## UNITED STATES OF AMERICA    v.    CARLOS IVAN CUENTAS, aka "Snoopy"

NO. CR 07 - 1360 - SVW

| Government's Exhibit No. | Witness | Description | Ident. | In Evid. |
|---|---|---|---|---|
| 30 | Roberto Basteris; Osvaldo Guevara; Michael Brousseau; John Sieder; | Cocaine | 4/2/08 4/3/08 | 4/2/08 |
| 31 | Roberto Basteris; Michael Brousseau John Sieder; | Cocaine Base ~~in~~ the Form of ~~Crack~~ Cocaine  Drugs Seized on | 4/2/08 4/3/08 | 4/2/08. Conditionally |
| 32 | Roberto Basteris; Osvaldo Guevara | Motorola Cell Phone Box | 4/2/08 | 4/2/08 |
| 33 | Michael Brousseau; John Sieder | Photo of Cocaine Base Paste | / | / |
| 34 | | | | |
| 35 | | | | |
| 36 | | | | |
| 37 | | | | |

-6-

**UNITED STATES OF AMERICA   v.   CARLOS IVAN CUENTAS, aka "Snoopy"**

CR 07-1360-SVW

| Government Witnesses | |
|---|---|
| Roberto Basteris | 4/2/08 |
| Osvaldo Guevara | 4/2/08, 4/3/08 |
| Michael Brousseau | 4/3/08 |
| John Sieder | 4/3/08 |

-1-